# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. REGIONAL WATER QUALITY CONTROL BOARD, SAN DIEGO REGION,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS MARIN, an individual in his capacity as Acting Commissioner of the INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, et al.,<br><br>    Defendants. | CASE NO. 01cv0270 BTM(CAB)<br><br>**ORDER DENYING WITHOUT PREJUDICE MOTION TO AMEND COMPLIANCE ORDER** |
| THE SURFRIDER FOUNDATION, a California nonprofit public benefit corporation, SAN DIEGO CHAPTER,<br><br>    Plaintiff,<br><br>vs.<br><br>CARLOS MARIN, an individual in his capacity as Acting Commissioner of the INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, et al.,<br><br>    Defendants. | |

For the reasons set forth on the record at the hearing on September 14, 2007, the USIBWC's motion to amend compliance deadline is **DENIED WITHOUT PREJUDICE**. The Court will sua sponte reconsider the matter at a hearing to be held on **January 7, 2008 at 9:00 a.m.** The parties and Bajagua may file papers not to exceed 10 pages by January 2,

2008.  The Regional Board's motions to strike the papers filed by The Surfrider Foundation and Bajagua in connection with the motion to amend compliance are **DENIED**.

**IT IS SO ORDERED.**

DATED:  September 17, 2007

*[signature]*

Honorable Barry Ted Moskowitz
United States District Judge