# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. REGIONAL WATER QUALITY CONTROL BOARD, SAN DIEGO REGION,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>CARLOS MARIN, an individual in his capacity as Acting Commissioner of the INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, et al.,<br><br>　　　　　　　　Defendants. | CASE NO. 01cv0270 BTM(CAB)<br><br>**ORDER CONTINUING HEARING** |
| THE SURFRIDER FOUNDATION, a California nonprofit public benefit corporation, SAN DIEGO CHAPTER,<br><br>　　　　　　　　Plaintiff,<br>　vs.<br>CARLOS MARIN, an individual in his capacity as Acting Commissioner of the INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, et al.,<br><br>　　　　　　　　Defendants. | |

Due to the Court's calendar. the Court hereby continues the hearing scheduled for January 7, 2008 to **January 22, 2008 at 4:00 p.m**. The deadline for the filing of papers by the parties and Bajagua is extended to January 14, 2008.

**IT IS SO ORDERED.**

DATED:  December 27, 2007

　　　　　　　　　　　　　　　　　　　　　　　　　　*Barry Ted Moskowitz*
　　　　　　　　　　　　　　　　　　　　　　　　　　Honorable Barry Ted Moskowitz
　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge