# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| PEOPLE OF THE STATE OF CALIFORNIA EX REL. REGIONAL WATER QUALITY CONTROL BOARD, SAN DIEGO REGION,<br><br>Plaintiff,<br><br>vs.<br><br>ED DRUSINA, an individual in his capacity as Acting Commissioner of the INTERNATIONAL BOUNDARY AND WATER COMMISSION, UNITED STATES SECTION, et al.,<br><br>Defendants. | CASE NO. 01cv0270 BTM(CAB)<br><br>**ORDER RE: STATUS CONFERENCE** |

The Court has received the USIBWC's status report, which indicates that construction of the secondary wastewater treatment facility is proceeding and is currently on schedule to begin operation in time to comply with the January 5, 2011 compliance deadline. Unless Plaintiff files an objection by 12:00 p.m. on Monday, May 17, 2010, the Court will vacate the status conference and set a new status conference to take place a few months from now.

**IT IS SO ORDERED.**

DATED: May 14, 2010

Honorable Barry Ted Moskowitz
United States District Judge